**Opinion issued June 25, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-12-00257-CV**

———————————

## IN RE MILDRED DUNN, A/K/A MILDRED
## GARRETT, A/K/A MILDRED BANKS, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

By petition for writ of mandamus, relator, Mildred Dunn, challenges the trial

court's February 20, 2012 order denying her motion to dismiss.[1]

---

[1]     The underlying case is Park Harbor Improvement Association Inc. v. Mildred
Dunn, a/k/a Mildred Garrett, a/k/a Mildred Banks, in the 234th District Court,
Harris County, Texas, Trial Court Cause No. 2010-48259, The Honorable Reece
Rondon, presiding.

We **deny** the petition for writ of mandamus. All pending motions are denied as **moot**.

**PER CURIAM**

Panel consists of Justices Bland, Massengale, and Brown.